**DISTRICT OF OREGON**
**F I L E D**
**November 17, 2021**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | Case No._____ |
| ) | |
| ) | ORDER ALLOWING PROFESSIONAL |
| ) | COMPENSATION & EXPENSES; AND |
| Debtor(s) ) | DIRECTING DISTRIBUTION OF ASSETS |

      The trustee's final report having either come on for hearing, or the creditors having waived their opportunity for a hearing after due notice, or the net proceeds realized were insufficient to require a final notice; now therefore,

      IT IS ORDERED that the following court costs, and professional compensation and expenses, are specifically allowed by the court:

COURT COSTS: $_____

      IT IS FURTHER ORDERED that the trustee pay the claims allowed against the estate, pursuant to 11 U.S.C. §726, from the balance of estate assets.